MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

SEAN RUDOLPH CALDWELL

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. WASHTENAW COUNTY JAIL

1 Correctional Officer (Offical)
2 Sargents (offical)
1 License Practice Nurse (offical)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 5:25-cv-11744
Assigned To : Levy, Judith E.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 6/11/2025
Description: PRIS SEAN RUDOLPH
CALDWELL V WASHTENAW COUNTY JAIL ET AL
(LLH)

*(To be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

I also would do a bench trial if avail.

# Complaint for Violation of Civil Rights
## (Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                           Sean Rudolph Caldwell

All other names by which you have been known:

SEAN RUDOLPH CALDWELL

ID Number                    124868

Current Institution      Washtenaw County Jail

Address

> Sean Caldwell
> 124868
> Washtenaw County Jail
> 2201 Hogback Road
> Ann Arbor, MI 48105

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                            Tippy

Job or Title                   Correctional Officer
(if known)

Shield Number

Employer                      Washtenaw County Jail

Address                        2201 Hogback Road Ypsilanti Michigan
                                     48105

☐   Individual capacity          ☒   Official capacity

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

| | |
|---|---|
| Name | Sargent                    Beverly |
| Job or Title (if known) | Sargent @ Washtenaw County Jail |
| Shield Number | |
| Employer | Washtenaw County Jail |
| Address | 7201 Hogback Road, Ann Arbor Michigan 48105 |

☐ Individual capacity          ☑ Official capacity


Defendant No. 3

| | |
|---|---|
| Name | Sargent                    Fair |
| Job or Title (if known) | Sargent @ Washtenaw County Jail |
| Shield Number | |
| Employer | Washtenaw County Jail |
| Address | 7201 Hogback Road Ann Arbor Michigan 48105 |

☐ Individual capacity          ☑ Official capacity


Defendant No. 4

| | |
|---|---|
| Name | Crystal |
| Job or Title (if known) | Licensed Practice Nurse |
| Shield Number | |
| Employer | Wellpath @ Washtenaw County Jail |
| Address | 7201 Hogback Road Ann Arbor Michigan 48105 |

☐ Individual capacity          ☑ Official capacity

3

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

I waz in my shared room, me being 1 of 4, 2 white 2 black, all roughly the same age and wright, in view of at least 2 of 3 cameras, not so much in the room/cell az out of it, 3rd shift had just begun, my cell being the 3rd lower of the 2 teir Unit, 3rd shift began 23:00, so incident started roughly 23:15 P.M. - 01:45 A.M. the next day/morning, I waz being handcuffed and taken to the seg.

C.   What date and approximate time did the events giving rise to your claim(s) occur?

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**V.**      **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

**VI.**      **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Washtenaw County Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐    Yes

☒    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☒    No

☐    Do not know

If yes, which claim(s)?

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

2.    What did you claim in your grievance?

3.    What was the result, if any?

4.      What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.      If you did not file a grievance:

1.      If there are any reasons why you did not file a grievance, state them here:

2.      If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

**VIII.   Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐      Yes

☒      No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐      Yes

☒      No

B.      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)      _____

Defendant(s)     _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.      Docket or index number

_____

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      Name of Judge assigned to your case

_____

5.      Approximate date of filing lawsuit

_____

6.      Is the case still pending?

☐      Yes

☐      No

If no, give the approximate date of disposition.  _____

7.      What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐      Yes

☒      No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)     _____

Defendant(s)   _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

3.      Docket or index number

_____

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☐   No

If no, give the approximate date of disposition. _____

7.   What was the result of the case?  *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6 | 06 , 20 25 .

Signature of Plaintiff        S-R-C

Printed Name of Plaintiff     SEAN RUDOLPH CALDWELL

Prison Identification #        124868

Prison Address     2201 HOGBACK

ANN ARBOR          MICHIGAN          48105
City                State              Zip Code

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

I need a lawyer,
I filled the paperwork out the best
I could, I give permission to fill out
where and what necessary to move
foreward.
My first financial transaction was indigent,
I have limited financial support.
Please help me move foreward

I was released to treatment from W.C.J. subsequently I broke my right big toe there and was hospitilized went back to my old situation violated bond agreement and repremanded back into custoty now awaiting trial the room I was housed in, had 4 beds 2 sets of bunk beds, there being enough room me being roommate number 4 I with my broken/fractured toe now (THEN) being roughly a month into the healing process, I was not assigned a bottom bunk detail, so I made my bed on the floor with a mat,

A couple days prior to incident I was told if I did not move to the top bunk I would be rehoused to a single man cell. Couple days later C/o Tippy doing 3rd shift round told me and another inmate, he also bedding on the floor, move to the top bunk or I/we will recieve tickets, stressfully I complied and started rearranging my stuff and my bedding to the frontmost top bunk while the same from the other inmate though to the rearmost topbunk, A slight arguement started between us 3 while the other 2 roommates observed from their bunks, mind you 5 minutes ago we were all calm quiet reading books as we did winding down to go to sleep in the next couple hours.

C/o Tippy was the only officer, during nightshift count usually there are 2 officers present, also the C/o just usually does a head count from the doorway, C/o Tippy came into the cell, the first 3 times I asked for a sargent he said "NO!" and pushed me with a snarked look on his face like he was instigating a fight, then when I would not fight back he threw my bed mattress out of the cell. A room-mate actually shut our cell door once to stop the provoking and C/o Tippy came back stating "you know I have a key to the cell" Again I was now screaming in his fuck "Please get the sargent down here" again C/o Tippy said "NO!" and pushed me again I believe 2 more times until I stood in the doorway keeping him out screaming louder please get the sargent until C/o Tippy finally shut

the cell door and continued his unit count.

I spent the next hour or so extremely heated pacing back and fourth also moving my sleeping arrangements from the floor to the top bunk, wondering how this was going to work with my broken/fractured toe, and in total disbelief the situation I just barely made it through, seriously being threatened, assulted, almost provoked into a fight with the police for no reason on my part or a misunderstanding why I didn't have a bottom bunk detail, why the sargent wasn't called until about 2 hours later a C/o happened to have to come down with medical to the cell next to mine and I brought it to another officer attention and medical staff I was injured and injured again the C/o Tippy just assulted me and put his hands on me multiple times. Then within 20 minutes a sargent and 3 other C/o handcuffed me and I was taken to Max segregation with a Major Misconduct for something with the facility security.

I really would like to press charges and Sue if possible, I suffered punishment for being assulted by staff also a nerve bundle in my right collarbone where I was hit got jarred loose, Medical checked me out in Max. All my property became misplaced/stolen also about 100 $ in credit on my tablet was used that tablet was supposed to be shut off while I was in Max, they have no grievance system here in the jail, Punishment is all they know

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Plaintiff,

~~SEAN RUDOLPH CALDWELL~~

vs.

Case No.

Judicial Officer:

Defendant(s).

_____/

_____

In January 2025, roughly 23:15, I was threatened, intimidated and subsequently assulted 3-4 times on camera (another inmate az there were a total of 4 of us in the units room, aproximatly 16 rooms 8 up/8 down and up to 4 inmates per room) the other inmate saw the incident dragging on over a hour, and he actually shut our room door once, the correction's officer Tippy (name) C/o Tippy came back reopened the door, az I continued to scream for help and the 2 same lines over and over again "Pleeze get the Sorgent down here" and " Pleeze stop, Pleeze don't send me to prison. It waz clear after C/o Tippy pushed me again another 1-2 times, C/o Tippy was trying to bait me to a further lose/lose situation. This went on for aproximatly an hour until C/o Tippy finally realized I waz not going to fight back and I waz not going to put my hands on the C/o Tippy, that he finally stayed just outside

the room and I Sean Caldwell stayed inside the room screaming at the top of my lungs for "help from Sargent" and "Pleaze someone, Pleeze get the Sargent down here" Only then a couple hours later near 1 am, another C/o Grandsack almost 2 hours later to happen to go to my neighbor cell, I told him "I needed the sargent, I didn't feel safe and C/o Tippy Assulted me multiple reasons times" Shortly after I was handcuffed and taken to Max segregration. Meeting with Sargent Beverly he stated I was being a security threat with a Major Misconduct. Long story short, W.C.J. facility will not provide any relevant names/badge #'s/ financial detail w/o a lawyer soupena. I get roughly 200$ a month from wife on disability her income/ our income roughly 1200-1300 month. I am Indigent but will include filing fee if possible, if I can afford it. Thank You.

_____
Signature of Filer

SEAN RUDOLPH CASWELL
_____
Printed Name

WASHTENAW COUNTY JAIL
W.C.J.   2201 HOGBACK ROAD
_____
Street Address

Date: 04/09/2025

ANN ARBOR, MICHIGAN, 48105
_____
City, State, Zip Code

Monique M. Caldwell (wife) Leave message until I am Released.
_____
Telephone Number

SEAN RUDOLPH CALDWELL@WCJ#124868
2201 HOGBACK ROAD
ANN ARBOR MICHIGAN
48105



RECEIVED
JUN 11 2025
CLERK'S OFFICE
DETROIT



UNITED STATES DISTRICT COURT
231 WEST LAFAYETTE BLVD, ROOM - 564
DETROIT MICHIGAN
48226

